ACCEPTED
12-15-00033-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/15/2015 1:38:00 PM
CATHY LUSK
CLERK

**IN THE COURT OF APPEALS**

**FOR THE TWELFTH APPELLATE DISTRICT OF TEXAS**

**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/15/2015 1:38:00 PM
CATHY S. LUSK
Clerk

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| **IN THE MATTER OF THE ESTATE** | § | |
| **OF RUBY RENEE BYROM** | § | **CAUSE NUMBER 12-15-00033-CV** |
| | § | |
| | § | |
| | § | |
| | § | |

**FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

**NOW COMES JILL CAMPBELL PENN** in the above styled and numbered cause, and files this motion for the Court to extend the time for filing of the Appellee's Brief pursuant to the Texas Rules of Appellate Procedure and for good cause shows the following:

I.

The Appellee's Brief is currently due in the Court of Appeals on June 17, 2015. Appellant's Brief was filed on May 18, 2015.

II.

Appellee seeks an extension of time until July 17, 2015, to file Appellee's Brief. There have been no previous extensions of time requested or granted with regard to the filing of Appellee's Brief.

III.

It has not been possible for Counsel to complete the brief due to a busy court schedule, including preparation for a hearing in Cause No. 2009-31036-211; a civil commitment hearing in

Cause No. F-2013-1515-C; seeking emergency relief in Cause No. 15-04677-431 and preparing for hearing in that cause and companion Cause No. 15-03526-442. In addition, Counsel is preparing to file for emergency relief in three other family law cases.

This motion is made in good faith and is not a dilatory tactic.

**WHEREFORE, PREMISES CONSIDERED,** Jill Campbell Penn prays that the Court grant the Motion for Extension of Time to File Appellee's Brief, and that the deadline for filing the brief be extended until July 17, 2015.

Respectfully submitted,

Joseph F. Zellmer
State Bar Number 22258515
620 West Hickory Street
Denton, Texas 76201
Telephone: 940/383-2674
Facsimile: 940/382-7174

By: _____
Joseph F. Zellmer
Lead Counsel for Jill Campbell Penn

I verify that the facts stated above are true.

_____
Joseph F. Zellmer

**SUBSCRIBED AND SWORN TO BEFORE ME,** on this the 15th day of June, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

SUNNIE PALMER
Notary Public, State of Texas
My Commission Expires
April 26, 2016

## CERTIFICATE OF CONFERENCE

This is to certify that I left a message for Appellant's Counsel Joe Shumate on June 15, 2015, in regard to the First Motion for Extension of Time to File Appellee's Brief, and at the time of filing have not received a response from Mr. Shumate.

_____
Joseph F. Zellmer

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of June, 2015, a true and correct copy of the above and foregoing First Motion for Extension of Time to File Appellee's Brief was served on Joe Shumate, by eservice.

_____
Joseph F. Zellmer